JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 12746
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for CITY DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>    vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>                     Defendants. | CASE NO. 2:25-cv-0562-GMN-DJA |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Paul Mata is appearing as attorney for Defendants CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, in

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

association with Nechole Garcia in the above-captioned matter. Please update your records and service list accordingly.

DATED this 8th day of May, 2025.

                                  JEFFRY M. DOROCAK
                                  City Attorney

By:   /s/ *Paul Mata*
        PAUL MATA
        Deputy City Attorney
        Nevada Bar No. 14922
        495 South Main Street, Sixth Floor
        Las Vegas, NV 89101
        Attorneys for CITY DEFENDANTS