**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 11]** |

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, by and through their counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendants"), that:

[remainder of page intentionally blank]

**IT IS HEREBY STIPULATED** that Plaintiffs shall have until Friday, June 6, 2025 to file their Response to Defendants' Motion to Dismiss [ECF NO. 11].

**IT IS SO STIPULATED AND AGREED.**

| Dated this 22nd day of May, 2025. | Dated this 22nd day of May, 2025. |
|---|---|
| **BREEDEN & ASSOCIATES, PLLC** | **CITY ATTORNEY** |
| **/s/ Adam J. Breeden, Esq.** | **/s/ Nechole Garcia, Esq.** |
| **ADAM J. BREEDEN, ESQ.**<br>Nevada Bar No. 008768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Phone: (702) 819-7770<br>Fax: (702) 819-7771<br>Adam@Breedenandassociates.com<br>*Attorneys for Plaintiffs* | **NECHOLE GARCIA, ESQ.**<br>Nevada Bar No. 12746<br>Chief Deputy City Attorney<br>**PAUL MATA, ESQ.**<br>Nevada Bar No. 14922<br>Deputy City Attorney<br>495 S. Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

**IT IS SO ORDERED**

_____

**DATED:** _____