**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 11]** |

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, by and through their counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendants"), that:

[remainder of page intentionally blank]

1   IT IS HEREBY STIPULATED that Plaintiffs shall have until Friday, June 6, 2025 to file
2   their Response to Defendants' Motion to Dismiss [ECF NO. 11].
3   IT IS SO STIPULATED AND AGREED.

4   Dated this 22nd day of May, 2025.                    Dated this 22nd day of May, 2025.

5   **BREEDEN & ASSOCIATES, PLLC**                       **CITY ATTORNEY**

6   /s/ Adam J. Breeden, Esq.                            /s/ Nechole Garcia, Esq.

7   **ADAM J. BREEDEN, ESQ.**                            **NECHOLE GARCIA, ESQ.**
    Nevada Bar No. 008768                                Nevada Bar No. 12746
8   7432 W. Sahara Ave., Suite 101                       Chief Deputy City Attorney
    Las Vegas, Nevada 89117                              **PAUL MATA, ESQ.**
9   Phone: (702) 819-7770                                Nevada Bar No. 14922
    Fax: (702) 819-7771                                  Deputy City Attorney
10  Adam@Breedenandassociates.com                        495 S. Main Street, Sixth Floor
    *Attorneys for Plaintiffs*                           Las Vegas, NV 89101
                                                         *Attorneys for Defendants*

**IT IS SO ORDERED**

_____

DATED: May 23, 2025