1  JEFFRY M. DOROCAK
   City Attorney
2  Nevada Bar No. 13109
   By: NECHOLE GARCIA
3  Chief Deputy City Attorney
   Nevada Bar No. 12746
4  By: PAUL MATA
   Deputy City Attorney
5  Nevada Bar No. 14922
   495 South Main Street, Sixth Floor
6  Las Vegas, NV 89101
   (702) 229-6629
7  (702) 386-1749 (fax)
   Email: ngarcia@lasvegasnevada.gov
8  Email: pmata@lasvegasnevada.gov
   Attorneys for CITY DEFENDANTS
9

10              UNITED STATES DISTRICT COURT

11                   DISTRICT OF NEVADA

12  DEREK MYERS, on behalf of himself and
    all others similarly situated,
13
                      Plaintiff,
14
         vs.
15
    CITY OF LAS VEGAS, a political          CASE NO. 2:25-cv-0562-GMN-DJA
16  subdivision of the state of Nevada; JASON
    BROOKS, individually; SERGIO GUZMAN,
17  individually; and JASON POTTS,
    individually,
18
                      Defendants.
19

20        **STIPULATION AND PROPOSED ORDER TO EXTEND
          DEADLINE FOR DEFENDANTS TO FILE REPLY TO
21        <u>PLAINTIFF'S RESPONSE TO MOTION TO DISMISS</u>**

22        IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

23  counsel, that Defendants shall have until Friday, June 27, 2025, to file their reply to Plaintiff's

24  . . . .

25  . . . .

26  . . . .

27  . . . .

28  . . . .

1    response to Defendants Motion to Dismiss.

2    DATED this 22d day of May, 2025.          DATED this 22d day of May, 2025.

3    **BREEDEN & ASSOCIATES, PLLC**          **JEFFRY M. DOROCAK**
                                              **Las Vegas City Attorney**

4

5    By:    /s/ *Adam J. Breeden*              By:    /s/ *Nechole Garcia*
            ADAM J. BREEDEN, ESQ.                    NECHOLE GARCIA
6           Nevada Bar No. 8768                      Chief Deputy City Attorney
            7432 West Sahara Avenue, #101            Nevada Bar No. 12746
7           Las Vegas, NV 89117                      PAUL MATA
            Attorneys for Plaintiff                  Deputy City Attorney
8                                                    Nevada Bar No. 14922
                                                     495 South Main Street, Sixth Floor
9                                                    Las Vegas, NV 89101
                                                     Attorneys for CITY DEFENDANTS

10

11

12                                           **IT IS SO ORDERED.**

13

14    _____

15    May 28, 2025

16    _____
                        DATE

17

18

19

20

21

22

23

24

25

26

27

28