1 **ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
2 **BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
3 Las Vegas, Nevada 89117
Phone: (702) 819-7770
4 Fax: (702) 819-7771
Adam@Breedenandassociates.com
5 *Attorneys for Plaintiff*

6

### UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

9 DEREK MYERS, on behalf of himself and all
others similarly situated,

10          Plaintiff,                                CASE NO. 2:25-cv-00562-GMN-DJA

11 v.

12 CITY OF LAS VEGAS, a political
subdivision of the state of Nevada; JASON       ~~PROPOSED~~ DISCOVERY PLAN AND
13 BROOKS, individually; SERGIO GUZMAN,          SCHEDULING ORDER
individually; and JASON POTTS,
14 individually,                                  SPECIAL SCHEDULING REVIEW
                                                  REQUESTED
15          Defendants.

16

17        The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on

18 June 12, 2025. The parties now submit their proposed discovery plan and scheduling order with

19 deadlines longer than set forth in LR 26-1(b) and a special scheduling review requested.

20        1.    Initial Disclosures: The parties shall exchange initial disclosures pursuant to Fed. R.

21 Civ. P. 26(a)(1) no later than fourteen (14) days after the Rule 26(f) conference, which is June 26,

22 2025.

23        2.    Discovery Cut-Off Date. The Defendants answered or otherwise appeared on May

24 8, 2025. The discovery cut-off date is **February 2, 2026**. Plaintiff shall file their Motion for Class

25 Certification no later than 90 days after the entry of this Order.

26        3.    Amending the Pleadings and Adding Parties. The deadline to amend the pleadings

27 and add parties is **November 4, 2025**.

28        4.    Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is

1   **December 4, 2025**. The deadline to disclose rebuttal experts is **January 5, 2026**.

2       5.      Dispositive Motions. The deadline to file dispositive motions is **March 4, 2026.**

3       6.      Pretrial Order. The deadline to file a pretrial order is **April 3, 2026.** If dispositive

4   motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after

5   the decision on the dispositive motions or further court order.

6       7.      Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to

7   them must be included in the joint pretrial order.

8       8.      Alternative Dispute Resolution. The parties certify that they met and conferred about

9   the possibility of using alternative dispute-resolution processes including mediation, arbitration, and

10  if applicable, early neutral evaluation. The parties agreed that discovery and expert practice would

11  likely need to occur before any meaningful settlement negotiations could occur in this case.

12      9.      Alternative Forms of Case Disposition. The parties certify that they considered

13  consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use

14  of the Short Trial Program (General Order 2013-01). They do not desire either at this time.

15      10.     Electronic Evidence. The parties certify that they discussed whether to present

16  evidence in electronic format to jurors for the purpose of jury deliberations and they agree to do so.

17  The parties see no unusual issues related to electronic evidence at this time. The parties stipulate to

18  providing exhibits and discovery in an electronic format compatible with the court's electronic jury

19  evidence display system.

20      11.     **Special Scheduling Review. Counsel for the parties conferred with each other at

21  the Rule 26(f) conference and agreed that this was an unusual case where longer than six months

22  would be needed for discovery and have submitted this Plan based on that proposed deadline. Both

23  counsel agree on this and wish to express to the Court the following factors that justify this extended

24  period of discovery: This is a punitive civil rights class action alleging that hundreds if not more

25  than a thousand class members were wrongly arrested by the City of Las Vegas Marshals outside

26  the scope of their territorial jurisdiction. Given the anticipated time to adjudicate class certification,

27  a motion to dismiss which is currently pending, likely later motions for summary judgment, the

28  large dollar amount in dispute and the potential discovery into class members, it was agreed that the

1    Parties would request a longer than normal discovery period.

2        **IT IS SO STIPULATED AND AGREED.**

3    Dated this 26th day of June, 2025.        Dated this 26th day of June, 2025.

4    **BREEDEN & ASSOCIATES, PLLC**        **CITY ATTORNEY**

5    /s/ Adam J. Breeden        /s/ Nechole Garcia, Esq.

6    **ADAM J. BREEDEN, ESQ.**        **NECHOLE GARCIA, ESQ.**
Nevada Bar No. 008768        Nevada Bar No. 12746

7    7432 W. Sahara Ave., Suite 101        Chief Deputy City Attorney
Las Vegas, Nevada 89117        **PAUL MATA, ESQ.**

8    Phone: (702) 819-7770        Nevada Bar No. 14922
Fax: (702) 819-7771        Deputy City Attorney

9    Adam@Breedenandassociates.com        495 S. Main Street, Sixth Floor
*Attorneys for Plaintiffs*        Las Vegas, NV 89101

10        *Attorneys for Defendants*

11

12

13        **IT IS SO ORDERED**

14

15        _____
DANIEL J. ALBREGTS

16        UNITED STATES MAGISTRATE JUDGE

17        DATED: 6/27/2025

18

19

20

21

22

23

24

25

26

27

28