*Exhibit A*

# Joining Forces Press Release

*Exhibit A*

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.

**Subscribe to updates from City of Las Vegas**

Email Address    e.g. name@e:

[ Subscribe ]

**Share Bulletin**



# City Receives Grant Funding For Joining Forces Program

City of Las Vegas sent this bulletin at 11/05/2024 01:00 PM PST



David Riggleman | Director of Communications | 702.229.2207

Nov. 5, 2024 | FOR IMMEDIATE RELEASE

MEDIA CONTACT: Jace Radke | 702.229.2205 | 702.249.3514 |
jradke@lasvegasnevada.gov

### City Receives Grant Funding For Joining Forces Program
*Thirty Law Enforcement Agencies Are Part Of Traffic Safety Campaign*

    The city of Las Vegas Department of Public Safety is participation in the Joining Forces traffic safety campaign that combines 30 law enforcement agencies across the State of Nevada focused on traffic safety awareness and enforcement. The program runs through September 2025.

    Joining Forces is a high-visibility, multi-jurisdictional effort to increase safety on Nevada's roads. The program places focus on increased awareness and enforcement of traffic laws, including distracted and impaired driving, seat belt use, speeding, pedestrian safety, motorcycle, bicycle and other traffic laws. The city of Las Vegas is able to participate in the Joining Forces campaign through a grant provided by the Nevada Department of Public Safety, Office of Traffic Safety and the National Highway Safety Transportation Administration.

    More information about safe driving and the Nevada Zero Fatalities goal and the city of Las Vegas Vision Zero plan is available online at www.ZeroFatalitiesNV.com and www.LasVegasNevada.gov/VisionZero.

    The Nevada Department of Public Safety's- Office of Traffic Safety provides funding for law enforcement agencies to participate in Joining Forces to reduce traffic deaths.

###

Las Vegas City Council
Mayor Carolyn G. Goodman | Mayor Pro Tem Brian Knudsen
Cedric Crear | Victoria Seaman | Olivia Diaz | Francis Allen-Palenske | Nancy E. Brune
City Manager Mike Janssen

 

Update your subscriptions, modify your password or email address or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by city of Las Vegas.

Powered by

govDELIVERY