# *Exhibit B*

# Myers' Screenshot

# *Exhibit B*



**Post**

**Derek Myers** ✓
@DerekMyers

X.com

I was raised to never throw the first punch, but when war is declared, one thing @CityOfLasVegas will learn the hard way (like the many cities and officials before them who have lost, been arrested, forced in retirement, or paid millions) is Derek Myers does not lose.

I did not ask for this debacle with LVCM, but I'll be damned if I don't see it all the way through.

Point blank: I've never been drunk or high in my life. The city knows their initial case is weak and the bloodbath is only beginning.

@breedenlaw @AttyChipSiegel

**13 KTNV | Channel 13 News Las Vegas** ✓ · 4h
#13INVESTIGATES is following new court records alleging the head of the city marshals engaged in "viewpoint discrimination." | @dspinv13 investigates
ktnv.com/13-investigate...