**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**ALYSSA N. PIRAINO, ESQ.**
Nevada Bar No. 14601
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
Alyssa@breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually, <br><br> Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA <br><br> **STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY** |

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. and Alyssa N. Piraino, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, by and through their counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendants"), that:

**WHEREAS** on June 27, 2025 the Court granted the Discovery Plan and Scheduling Order [ECF No. 22] setting forth the deadlines for this matter.

**WHEREAS** on August 18, 2025 Plaintiff filed his Motion for Class Action Certification [ECF No. 24]. The outcome of this Motion is currently pending.

/ / /

**WHEREAS** the parties have exchanged initial disclosures and written discovery in the form of Interrogatories, Requests for Admission and Requests for Documents. Expert disclosures and depositions remain to be conducted.

**WHEREAS**, the outcome of the Motion for Class Action Certification is currently pending, and based on the outcome of this motion, it will greatly affect various areas of remaining discovery to be conducted. Therefore;

**IT IS HEREBY STIPULATED** that all current discovery deadlines in this matter are stayed pending the adjudication of the Motion for Class Action Certification [ECF No. 24]. The parties agree to complete any currently outstanding written discovery during the stay, but will not initiate any new written discovery or take depositions. Following adjudication of that motion, the Parties will meet and confer to submit a new Discovery Plan and Scheduling Order setting forth new dates.

**IT IS SO STIPULATED AND AGREED.**

Dated this 4th day of November, 2025.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden
_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 4th day of November, 2025.

**CITY ATTORNEY**

/s/ Nechole Garcia, Esq.
_____
**NECHOLE GARCIA, ESQ.**
Nevada Bar No. 12746
Chief Deputy City Attorney
**PAUL MATA, ESQ.**
Nevada Bar No. 14922
Deputy City Attorney
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED**

_____

**DATED:** _____

2