# EXHIBIT 2

# EXHIBIT 2

12/18/25, 9:24 AM Breeden & Associates, PLLC Mail - RE: MYERS vs CITY OF LAS VEGAS, Case 2:25-CV-00562-GMN-DJA, Witness Vincente Bu…

Case 2:25-cv-00562-GMN-DJA    Document 33-2    Filed 12/22/25    Page 2 of 2



Alyssa Piraino <alyssa@breedenandassociates.com>

## RE: MYERS vs CITY OF LAS VEGAS, Case 2:25-CV-00562-GMN-DJA, Witness Vincente Buchanan, hearing date September 12, 2025

**Investigation** <investigation@legalwings.com>  Thu, Sep 4, 2025 at 10:47 AM
To: "info@breedenandassociates.com" <info@breedenandassociates.com>

Good Morning again,

I just got off the phone with Mr. Buchanan, he was quite upset and said my call was harassment. He states he does not want to be involved and will not turn over any records. He stated he has an attorney but would not give me his name. He did agree that I could send him the first page of the Subpoena so that he would have the case information when speaking with his attorney. I texted it to 702-721-3311.

My skip produced 3 alternate addresses, and I've sent postal orders out. I will hold for two weeks to see if the PostMaster verifies an address or gives us a forwarding address.

Thank you.

Cathy

Investigations

Legal Wings, Inc.

PILB License #389

702-384-0015 x 113

 Business Hours 9:00 AM to 4:00 PM

 **YOUR OPINION MATTERS!**

**Our relationship with you is important to us.**

**If the service you received was great, please tell a colleague.**

**If the service you received was not up to your expectations, please let my supervisor know, and let me know as well.**

**My direct supervisor is Sabrina,  her email is sabrina@LegalWings.com**

**From:** Investigation
**Sent:** Thursday, September 4, 2025 7:48 AM
**To:** info@breedenandassociates.com <info@breedenandassociates.com>
**Subject:** RE: MYERS vs CITY OF LAS VEGAS, Case 2:25-CV-00562-GMN-DJA, Witness Vincente Buchanan, hearing date September 12, 2025

[Quoted text hidden]