# EXHIBIT 4

# EXHIBIT 4

12/19/25, 11:24 AM                Breeden & Associates, PLLC Mail - Fwd: Status Update - Your File #: - LWI Invoice #: P-2029584.01 / Service Re: VINCENTE B...

Case 2:25-cv-00562-GMN-DJA    Document 33-4    Filed 12/22/25    Page 2 of 3



Alyssa Piraino <alyssa@breedenandassociates.com>

## Fwd: Status Update - Your File #: - LWI Invoice #: P-2029584.01 / Service Re: VINCENTE BUCHANAN

**Kirsten Brown** <kirsten@breedenandassociates.com>   Fri, Dec 19, 2025 at 11:20 AM
To: Alyssa Piraino <alyssa@breedenandassociates.com>

---------- Forwarded message ----------
From: **Sabrina Sorensen** <noreply@processmaster.net>
Date: Wed, Sep 3, 2025 at 3:28 PM
Subject: Status Update - Your File #: - LWI Invoice #: P-2029584.01 / Service Re: VINCENTE BUCHANAN
To: <kirsten@breedenandassociates.com>
Cc: <Sabrina@legalwings.com>

This is an automated message from Legal Wings, Inc.

# THIS EMAIL IS TO PROVIDE INFORMATION ONLY.
*We will run a skip trace*

LWI Invoice #: P-2029584.01
Your File #:
Case Number: 2:25-CV-00562-GMN-DJA
Case Name: DEREK MYERS vs. CITY OF LAS VEGAS, ET AL.

**Servee: VINCENTE BUCHANAN**
Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE

Status Update:
Date/Time: 8/29/2025 10:55 AM Attempt at: 2701 N RAINBOW BLVD, APT 1145, LAS VEGAS, NV 89108 Results: Spoke to neighbor Hispanic male, 5'9", 225 lbs, who stated he knows a family lived next door, but they moved a few months ago. No answer at the subject apartment and no cars.
Date/Time: 8/30/2025 12:58 PM Attempt at: 2701 N RAINBOW BLVD, APT 1145, LAS VEGAS, NV 89108 Results: No answer at the door, left a contact sheet.
Date/Time: 8/30/2025 5:05 PM Attempt at: 2701 N RAINBOW BLVD, APT 1145, LAS VEGAS, NV 89108 Results: Contact sheet still posted, no sign of activity.
Date/Time: 9/3/2025 11:03 AM Attempt at: 2701 N RAINBOW BLVD, APT 1145, LAS VEGAS, NV 89108 Results: Spoke to the leasing office who refused tenant information. No answer at the door. Contact sheet still posted.

12/19/25, 11:24 AM  Breeden & Associates, PLLC Mail - Fwd: Status Update! Your File #: FLWI Invoice #:27-2029584.01/Service Re: VINCENTE B…

Case 2:25-cv-00562-GMN-DJA  Document 33-4  Filed 12/22/25  Page 3 of 3

**Sabrina Sorensen**

**Legal Wings, Inc.**
1118 Fremont Street
Las Vegas, NV 89101
Phone (702) 384-0015 ext. 115


--
Sincerely,

**Kirsten Brown**
**Breeden & Associates, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Direct Phone: 702-846-1316
Fax: 702-819-7771