JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 12746
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
Email: pmata@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>Defendants. | CASE NO. 2:25-cv-0562-GMN-DJA |

**INDEX OF EXHIBITS**

Exhibit A – 12/1/2025 email

Exhibit B – Plaintiff's Initial Disclosure of Witnesses and Documents

Exhibit C – Plaintiff's Third Supplemental Disclosure of Witnesses and Documents

Exhibit D – Plaintiff Derek Myers' Responses to Defendants' First Set of Request for Production of Documents

Exhibit E – Subpoena Duces Tecum to Douglas Roberts

Exhibit F – Declaration of Douglas Roberts

Exhibit G – Plaintiff Derek Myers' First Supplemental Responses to Defendants' First Set of Request for Production of Documents

Exhibit H – Privilege Log

Exhibit I – Power of Attorney

Exhibit J – Research Services Agreement