**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>    Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

   PLEASE TAKE NOTICE that ALYSSA N. PIRAINO, ESQ. is no longer associated with BREEDEN & ASSOCIATES, PLLC and should be removed from the Service List in this case. ADAM J. BREEDEN, ESQ. will remain as counsel for Plaintiff, DEREK MYERS, on behalf of himself and all others similarly situated.

   DATED this 27th day of February, 2026.

                **BREEDEN & ASSOCIATES, PLLC**

                 */s/ Adam J. Breeden, Esq.*
                _____
               **ADAM J. BREEDEN, ESQ.**
               Nevada Bar No. 008768
               7432 W. Sahara Ave., Suite 101
               Las Vegas, Nevada 89117
               Phone: (702) 819-7770
               Fax: (702) 819-7771
               Adam@Breedenandassociates.com
               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2026, I served a copy of the foregoing legal document **NOTICE OF DISASSOCIATION OF COUNSEL** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>NECHOLE GARCIA, ESQ.<br>PAUL MATA, ESQ<br>495 S. Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*
**BREEDEN & ASSOCIATES, PLLC**

2