**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO. 2:25-cv-00562-GMN-DJA |
| v. | |
| CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually, | NOTICE OF INTERVENING AUTHORITY |
| Defendants. | |

In this case, *Plaintiff Myers' Motion for Class Action Certification*, ECF No. 24, has been pending since it was fully briefed on September 4, 2025. Additionally, there is presently a *Motion to Dismiss*, ECF No. 11, that the Court has yet to adjudicate.

Following the briefing of those motions, another decision in this District, also concerning the Las Vegas City Marshals and also assigned to Judge Navarro, recognized the essential principle behind the Plaintiff's class action case in this matter: That the Las Vegas City Marshals are a law enforcement agency of limited geographic and substantive jurisdiction.

In *McCoy v. City of Las Vegas*, Case No. 2:24-cv-00139 (D. Nev., Navarro, J.), ECF No. 41, dated September 24, 2025, Judge Navarro expressly found that, "unlike the general jurisdiction of the Las Vegas Metropolitan Police Department, the Marshals' jurisdiction is limited, geographically and in scope." Attached as *Exhibit 1*. The Court's decision was made in part because

of a declaration filed in the same case. This declaration, from City Marshals Chief Jason Potts (a Defendant in this action), acknowledged the limited jurisdiction of his law enforcement agency.

In light of the pending motions in this case, Plaintiff wished to note this intervening decision from this District acknowledging the limited geographic jurisdiction of the Las Vegas City Marshals, which is the crux of Plaintiff present case and may affect the Court's adjudication of the pending motions in this case.

Dated this 13th day of March, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2026, I served a copy of the foregoing legal document **NOTICE OF INTERVENING AUTHORITY** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>NECHOLE GARCIA, ESQ.<br>PAUL MATA, ESQ<br>495 S. Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*
**BREEDEN & ASSOCIATES, PLLC**

3