# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEREK MYERS,

                  Plaintiff,

      vs.

CITY OF LAS VEGAS, *et al.*,

                Defendants.

Case No.: 2:25-cv-00562-GMN-DJA

**ORDER**

Pending before the Court is the Motion to Dismiss First Amended Complaint, (ECF No. 11), filed by Defendants Jason Potts, City of Las Vegas, Jason Brooks, and Sergio Guzman (collectively "Defendants"). Plaintiff Derek Myers filed a Response, (ECF No. 17), to which Defendants filed a Reply, (ECF No. 19). Next pending before the Court is the Motion to Strike Plaintiff's Response, (ECF No. 18), filed by Defendants. Plaintiff filed a Response, (ECF No. 20), to which Defendants filed a Reply, (ECF No. 23). Finally pending before the Court is the Motion to Certify Class, (ECF No. 24), filed by Plaintiff. Defendants filed a Response, (ECF No. 26), to which Plaintiff filed a Reply, (ECF No. 27).

On March 4, 2026, Magistrate Judge Daniel J. Albregts granted Plaintiff's Motion for Leave to File a Second Amended Complaint, (ECF No. 29). (*See* Order, ECF No. 38). Thereafter, on March 13, 2026, Plaintiff filed a Second Amended Complaint ("SAC"), (ECF No. 40). An amended complaint "supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. City of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997)). As a result, an amended complaint will ordinarily moot a motion to dismiss the previous complaint. The Court thus DENIES Defendants' Motion to Dismiss and Motion to Strike Plaintiff's Response to the Motion to Dismiss as moot without prejudice and with leave to refile.

Further, because Plaintiff's Motion to Certify Class was based on the First Amended Complaint, the filing of the SAC renders that Motion moot. *See, e.g.*, *Tan v. Quick Box, LLC*, No. 20-cv-1082-LL-DDL, 2022 WL 17184568, at *2 (S.D. Cal. Nov. 23, 2022) ("An amended complaint may moot the motion for class certification because an amended complaint supersedes the original complaint so that the original complaint is treated as non-existent."); *Bloom v. City of San Diego*, No. 17-cv-2324-AJB-MSB, 2020 WL 1938989, at *4 (S.D. Cal. Apr. 22, 2020) (granting motion for leave to file amended complaint and denying without prejudice motion for class certification as moot); *Burchfield v. Corel Corp.*, No. 13-cv-02025-LHK, 2013 WL 12120088, at *1 (N.D. Cal. Sept. 12, 2013) ("Because Plaintiff's FAC supersedes her original complaint, the pending motions based upon the original complaint ... [including] Plaintiff's motion for class certification ... are rendered moot.").  The Court thus DENIES Plaintiff's Motion to Certify Class as moot without prejudice and with leave to refile.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, (ECF No. 11), is **DENIED** as moot without prejudice and with leave to refile.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiff's Response, (ECF No. 18), is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Certify Class, (ECF No. 24), is **DENIED** as moot without prejudice and with leave to refile.

**DATED** this __27__ day of March, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court