**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**ALYSSA N. PIRAINO, ESQ.**
Nevada Bar No. 14601
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
Alyssa@breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>    Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF No. 42]** |

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. and Alyssa N. Piraino, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, by and through their counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendants"), that:

**WHEREAS** on March 25, 2026, Defendants filed their Motion to Dismiss [ECF No. 42].

**WHEREAS** Plaintiff's current deadline to file a Response to Defendants' Motion to Dismiss is April 8, 2026.

**WHEREAS** Plaintiff's counsel is currently out of the country and is therefore requesting an extension of time to file his Response to Defendants' Motion to Dismiss.

WHEREAS, good cause exists for the requested extension, as Plaintiff's counsel is unavailable due to being out of the country. Therefore;

IT IS HEREBY STIPULATED that Plaintiff shall have up to and including April 30, 2026, to file his Response to Defendants' Motion to Dismiss [ECF No. 42]. Defendants shall have up to and including May 14, 2026, to file their Reply in support thereof.

IT IS SO STIPULATED AND AGREED.

Dated this 6th day of April, 2026.

BREEDEN & ASSOCIATES, PLLC

/s/ Adam J. Breeden

ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 6th day of April, 2026.

CITY ATTORNEY

/s/ Nechole Garcia, Esq.

NECHOLE GARCIA, ESQ.
Nevada Bar No. 12746
Chief Deputy City Attorney
PAUL MATA, ESQ.
Nevada Bar No. 14922
Deputy City Attorney
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

IT IS SO ORDERED

DATED: _____

2