**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**ALYSSA N. PIRAINO, ESQ.**
Nevada Bar No. 14601
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
Alyssa@breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEREK MYERS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,

Defendants.

CASE NO. 2:25-cv-00562-GMN-DJA

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF No. 42]**

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MEYERS, by and through his counsel Adam J. Breeden, Esq. and Alyssa N. Piraino, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, by and through their counsel of record Nechole Garcia, Esq. (hereinafter referred to as "Defendants"), that:

**WHEREAS** on March 25, 2026, Defendants filed their Motion to Dismiss [ECF No. 42].

**WHEREAS** Plaintiff's current deadline to file a Response to Defendants' Motion to Dismiss is April 8, 2026.

**WHEREAS** Plaintiff's counsel is currently out of the country and is therefore requesting an extension of time to file his Response to Defendants' Motion to Dismiss.

**WHEREAS,** good cause exists for the requested extension, as Plaintiff's counsel is unavailable due to being out of the country. Therefore;

**IT IS HEREBY STIPULATED** that Plaintiff shall have up to and including April 30, 2026, to file his Response to Defendants' Motion to Dismiss [ECF No. 42]. Defendants shall have up to and including May 14, 2026, to file their Reply in support thereof.

**IT IS SO STIPULATED AND AGREED.**

Dated this 6th day of April, 2026.

**BREEDEN & ASSOCIATES, PLLC**

/s/ **Adam J. Breeden**

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 6th day of April, 2026.

**CITY ATTORNEY**

/s/ **Nechole Garcia, Esq.**

**NECHOLE GARCIA, ESQ.**
Nevada Bar No. 12746
Chief Deputy City Attorney
**PAUL MATA, ESQ.**
Nevada Bar No. 14922
Deputy City Attorney
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED**

**DATED** this __6__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2