**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>    Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA<br><br>**PLAINTIFF MYERS' REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF LR 7-3 PAGE LIMITS [ECF NO. 46]** |

Plaintiff DEREK MYERS, on behalf of himself and all others similarly situated, hereby submits the following Reply in support of his *Motion* under Local Rule 7-3 to file an opposition brief of 31 pages.

Myers mostly files this Reply so the briefing closes and the matter is ripe for the Court to rule on prior to the due date of the Opposition itself. The Defense position that 31 pages is too long for briefing in a complex civil rights action with millions of dollars in potential liability wherein the Defense has presented no less than ten (10) distinct arguments, many of which included sub-parts, speaks for itself. Had Plaintiff's counsel written the brief he desired, likely 75+ pages could have been filled. The proposed 31-page brief is succinct but had to be carefully drafted to clearly oppose

each and every argument of the Motion to Dismiss. This is clearly the type of brief anticipated by Local Rule 7-3 that will need more than the typical amount of briefing.

Respectfully, Myers' request should be granted so the Court can be fully informed on the related dispositive motion to dismiss.

Dated this 20th day of April, 2026.

BREEDEN & ASSOCIATES, PLLC

ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2026, I served a copy of the foregoing legal document **PLAINTIFF MYERS' REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO EXCEED BRIEFING PAGE LIMITS** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>NECHOLE GARCIA, ESQ.<br>PAUL MATA, ESQ<br>495 S. Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*

**BREEDEN & ASSOCIATES, PLLC**