**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>      Defendants. | CASE NO. 2:25-cv-00562-GMN-DJA<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

ROBERT WHITELEY deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, a duly licensed private investigator in the State of Nevada under License No. 2902, and not a party to nor interested in the proceeding in which this statement is made.

That I received for service a true and correct copy of the Court's Order (ECF No. 55) entered July 15, 2026, in the above-entitled matter, which orders non-party Vincente Buchanan to appear and show cause at the hearing set for September 1, 2026, at 1:30 p.m. in Las Vegas Courtroom 3A.

That on the _27th_ day of _____July_____, 2026, at approximately _____9:10 a_____ .m., I personally served the foregoing Order upon non-party VICENTE BUCHANAN by delivering a true and correct copy thereof to VICENTE BUCHANAN personally at the following location:

_____5150 Duke Ellington Way, Apartment 405_____

_____Las Vegas, Nevada 89119_____

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this  27th  day of _____July_____, 2026.

_____

ROBERT WHITELEY

Nevada Private Investigator License No. 2902