# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## Statement of Non-Party Vincente Buchanan

**To the Honorable Court:**

I respectfully submit this statement to acknowledge the Court's Order and to explain my position as a non-party in this matter. I understand that the Court has directed me to address my involvement concerning the subpoena, and I appear before the Court with the utmost respect for these proceedings.

I wish to make clear that I have never been affiliated with the City of Las Vegas Department of Public Safety as an employee, agent, representative, or contractor. My only connection to the City has been as an independent citizen and media creator documenting events that occur in public places or at events that are open to the general public. Any photographs, videos, or other media created through Sin City Responders were gathered solely from locations where members of the public were lawfully permitted to be present. My work was conducted independently and was never performed on behalf of, or under the direction of, the City of Las Vegas or any governmental agency.

I understand why the Court is seeking clarification regarding my involvement, and I respectfully want the Court to know that I have never considered myself part of the underlying dispute between the parties. My role has always been limited to independently documenting events visible to the public, and I have had no involvement in the issues giving rise to this litigation beyond that limited capacity.

Since becoming associated with this matter, my personal life has been significantly affected. My continued association with this litigation has placed an emotional and personal strain on both myself and my family. In an effort to shield my loved ones from unwanted attention, I have felt compelled to distance myself from family members and significantly limit my presence in places I would normally attend. This has caused heartache, anxiety, and disruption in my personal relationships.

I have also experienced repeated unwanted contact, including individuals appearing at my residence and contacting me by telephone. These events have left me feeling unsafe in my own home and while conducting my daily life. As a result, I have taken additional precautions to protect my own safety, the safety of those around me, and the children who live in my neighborhood. Regardless of anyone's intentions, these circumstances have had a profound impact on my peace of mind and my ability to live a normal life.

I respectfully ask the Court to consider the limited nature of my involvement and the substantial personal impact that my continued association with this matter has had. I remain willing to comply with any lawful obligations the Court determines I have as a non-party, and I respectfully submit this statement so the Court has a complete understanding of my role and the effect these proceedings have had on my life.

Respectfully submitted,

**Vincente Buchanan**