# EXHIBIT J

X posts by Doug Roberts

# EXHIBIT J

X

- Home
- **Explore**
- Notifications
- Chat
- Grok
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**



Q from:DougRroberts DerekMyers

Top    **Latest**    People    Media    Lists

**Doug Roberts** @DougRroberts · Sep 24, 2025
Replying to @DougRroberts @DerekMyers and @CityOfLasVegas
This is huge news. The question of the city marshals jurisdiction and authority is no longer up for debate. the court wrote "Unlike the general jurisdiction of Las Vegas Metropolitan Police Department, the marshals' jurisdiction is limited geographically and in scope."

💬    🔁    ♡ 4    ᴵˡᶦ 200

**Doug Roberts** @DougRroberts · Sep 24, 2025
Replying to @DougRroberts @DerekMyers and @CityOfLasVegas
Derek is suing the city based on a bogus DUI traffic stop and arrest from earlier this year. The marshals were FAR outside their jurisdiction and had no business arresting him to begin with.

💬 1    🔁    ♡ 1    ᴵˡᶦ 203

**Doug Roberts** @DougRroberts · Sep 24, 2025
BREAKING: Great news in @DerekMyers lawsuit against the @CityOfLasVegas over his illegal arrest by city marshals. The same judge is presiding over another marshals case and just ruled that "marshals' jurisdiction is limited geographically and in scope"!

> Defendant.
>
> Pending before the Court is the Motion for Summary Judgment (ECF No. 30), filed by Defendant City of Las Vegas. Plaintiff Mark McCoy filed a Response, (ECF No. 37), to which Defendant replied (ECF No. 39). For the reasons discussed below, the Court GRANTS the Motion for Summary Judgment.
>
> **I. BACKGROUND**
>
> This case arises from the alleged discrimination and retaliation Plaintiff faced by his employer, Defendant City of Las Vegas. (See generally Second Am. Compl., ECF No. 29). As part of the governmental services it provides, Defendant operates a Department of Public Safety. (Decl. of Chief Jason Potts ¶ 3, Ex. 1 to Mot. Summ. J., ECF No. 23-1.) Within the Department is a marshals service. (Id. ¶ 4.) Unlike the general jurisdiction of Las Vegas

Order AND Order on Motion for Summary Judgment – #41 in McCoy v. City of …

From courtlistener.com

💬 1    🔁 1    ♡ 2    ᴵˡᶦ 758

**Doug Roberts** @DougRroberts · Sep 16, 2025
Replying to @DerekMyers and @EdgarFloresNV
He sure seems impaired. Can't answer his own home address, where he was, what he had to drink....

💬    🔁    ♡    ᴵˡᶦ 54

**Doug Roberts** @DougRroberts · Sep 15, 2025
Replying to @DerekMyers

**Non-partisan.**

**8 NEWS NOW INVESTIGATORS**

**Nevada state senator faces DUI charge after falling asleep at stoplight**

David Charns
Updated: 33 seconds ago


**Doug Roberts**
@DougRroberts    ...

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happe**

Politics · Trending
**Pam Bondi**

Trending in United Sta
**Lord Jesus**

Sports · Trending
**Christian Parker**

Trending in United Sta
**Mama B**

Show more

**Who to follo**



**Jeff Tiedrich**
@itsJeffTied

**ICE of TikTo**
@ICEofTikTc

**Milei in Eng**
@jmilei_eng

Show more

Terms of Service | Priva
Accessibility | Ads info



ROBERTS 000003

X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉️ Chat

Ø Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⋯ More

**Post**

---

LAS VEGAS (KLAS) -- A Democratic Nevada state senator faces a DUI charge after Las Vegas Metro police

💬    🔁    ♡ 1    📊 70    🔖 ⤴️

**Doug Roberts** @DougRroberts · Aug 19, 2025    Ø ⋯
Replying to @DerekMyers @CityOfLasVegas and @lasvegasDPS
He was hungry. You cannot blame someone for being hungry. Especially if there are delicious corn dogs afoot.

💬 1    🔁    ♡    📊 140    🔖 ⤴️

**Doug Roberts** @DougRroberts · Jul 28, 2025    Ø ⋯
Replying to @DerekMyers
LT Braden Schrag. Made a huge fuss one time over me being in an apt complex filming a shooting scene. Despite me being behind the tape. Kept calling Dispatch to try to get a property manager to come to the complex to trespass me off the property for filming... instead of his job.

💬    🔁    ♡    📊 130    🔖 ⤴️

**Doug Roberts** @DougRroberts · Jul 16, 2025    Ø ⋯
Replying to @DougRroberts @DerekMyers and @ACLUNV
Here's all 3 lawsuits against Guzman for your reading pleasure:
t.ly/1MYJD
t.ly/TJaGG

> 🖼️ courtlistener.com
> Complaint – #1 in Downes-Covington v. City of Las V...
> COMPLAINT against All Plaintiffs (Filing fee $405 receipt number ANVDC-8032499) by Lance Downes-...

💬    🔁    ♡ 1    📊 185    🔖 ⤴️

**Doug Roberts** @DougRroberts · Jul 16, 2025    Ø ⋯
Replying to @DougRroberts
To recap, Guzman illegally arrested **@DerekMyers** in January. He has allegedly beaten and injured at least four other people previously, sparking other lawsuits including one filed by the **@ACLUNV**.

💬 1    🔁 1    ♡    📊 303    🔖 ⤴️

**Doug Roberts** @DougRroberts · Jun 25, 2025    Ø ⋯
Attorneys for **@DerekMyers** have filed to move his recently-filed DUI case to county court, and out of city court. This is important because the same marshals that illegally arrested him are responsible for protecting city judges, who may be biased in their favor.



💬 1    🔁    ♡ 1    📊 336    🔖 ⤴️


**Doug Roberts**
@DougRroberts    ⋯




ROBERTS 000004



**X**

- **Home**
- **Explore**
- **Notifications**
- **Chat**
- **Grok**
- **Bookmarks**
- **Communities**
- **Premium**
- **Profile**
- **More**

**Post**

← | from:DerekMyers dougrroberts | ⋯

Top | **Latest** | People | Media | Lists

**Derek Myers** ✓ @DerekMyers · Sep 24, 2025
This is a bombshell development and all I can say is, the city should have settled when we offered them a sweetheart deal.

> **Doug Roberts** @DougRroberts · Sep 24, 2025
> BREAKING: Great news in @DerekMyers lawsuit against the @CityOfLasVegas over his illegal arrest by city marshals. The same judge is presiding over another marshals case and just ruled that "marshals' jurisdiction is limited geographically and in scope"!

💬  ⟲  ♡  📊 509  🔖 ⬆

**Derek Myers** ✓ @DerekMyers · Sep 20, 2025
OUT. OF. CONTROL.

> **Doug Roberts** @DougRroberts · Sep 17, 2025
> Las Vegas City Marshals tackle wrong man in case of mistaken identity. Three lawsuits in three months against the same City Marshal. youtu.be/xbUds7xB-kY?si...

💬  ⟲  ♡  📊 344  🔖 ⬆

**Derek Myers** ✓ @DerekMyers · Sep 16, 2025
FFW to 12 minutes to watch @EdgarFloresNV being arrested for DUI. This came months after the Dem. Lawmaker introduced a bill that would have gave LV City Marshals broad powers in light of my illegal arrest.

> **Doug Roberts** @DougRroberts · Sep 16, 2025
> JUST IN: Full bodycam video of the DUI arrest of Nevada State Senator Edgar Flores @EdgarFloresNV.
>
> 2025-09-12 12 21:36 +0000
> AXON BODY 4 • C81A2733Y
>
> ▶  0:00 / 42:06  🔇 ⚙ ⤵ ⤢

💬 1  ⟲  ♡  📊 506  🔖 ⬆

**Derek Myers** ✓ @DerekMyers · Sep 15, 2025
The irony. THE IRONY! This is the state legislator who led the charge on SB 449, which myself and @DougRroberts single-handily killed against a dozen supporting unions and organizations.

> **David Charns** ✓ @davidcharns · Sep 15, 2025
> A Democratic Nevada state senator faces a DUI charge after Las Vegas Metro police found him asleep at the wheel at a stoplight, the 8 News Now Investigators have learned.

💬 1  ⟲  ♡  📊 464  🔖 ⬆

**Derek Myers** ✓ @DerekMyers · Aug 19, 2025
Replying to @DougRroberts @CityOfLasVegas and @lasvegasDPS

**Doug Roberts**
@DougRroberts
⋯

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere

Near you

Advanced search

**What's happe...**

Politics · Trending
**Pam Bondi**

Trending in United Sta...
**Lord Jesus**

Sports · Trending
**Christian Parker**

Trending in United Sta...
**Mama B**

Show more

**Who to follo...**

**Jeff Tiedric...**
@itsJeffTied...

**ICE of TikTo...**
@ICEofTikTo...

**Milei in Eng...**
@jmilei_eng...

Show more

Terms of Service | Priva...
Accessibility | Ads info...

ROBERTS 000005

X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉️ Chat

Ⓖ Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⋯ More

Post

I have a box in my freezer right now. He and OL can fight it out who gets them. I wonder if he's a mustard or ketchup guy? Fear not, our fearless advocate @breedenlaw will find out when Potts has his NEXT deposition.



💬          ⟲          ♡          ᐧ�| 156          🔖 ⬆️

**Derek Myers** ✓ @DerekMyers · Aug 15, 2025          Ø ⋯
Replying to @DougRroberts
Stop every semi coming that way and line them up.
💬          ⟲          ♡          ᐧ�| 41          🔖 ⬆️

**Derek Myers** ✓ @DerekMyers · Jul 28, 2025          Ø ⋯
Replying to @DougRroberts
Big fan of Metro. Not a fan of this guy's attitude or approach.
💬 1          ⟲          ♡ 1          ᐧ�| 215          🔖 ⬆️

**Derek Myers** ✓ @DerekMyers · Jul 7, 2025          Ø ⋯
Replying to @DougRroberts
What's foolish are constitutional right violations. If she doesn't like the law, run for assembly and change it.
💬          ⟲ 1          ♡ 1          ᐧ�| 304          🔖 ⬆️

**Derek Myers** ✓ @DerekMyers · May 20, 2025          Ø ⋯
Replying to @DougRroberts
I think he should get a real lawyer.
💬 1          ⟲          ♡ 1          ᐧ�| 84          🔖 ⬆️


**Doug Roberts**
@DougRroberts



ROBERTS 000006

X

- 🏠 Home
- 🔍 **Explore**
- 🔔 Notifications
- ✉️ Chat
- ⊘ Grok
- 🔖 Bookmarks
- 👥 Communities
- 𝕏 Premium
- 👤 Profile
- ⋯ More

**Post**

**Doug Roberts**
@DougRroberts
⋯





ROBERTS 000007

 

X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉️ Chat

🗇 Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

Post

 **Doug Roberts** @DougRroberts · Sep 15, 2025
Replying to @DerekMyers



**8 NEWS NOW INVESTIGATORS**

**Nevada state senator faces DUI charge after falling asleep at stoplight**

David Charns
Updated: 33 seconds ago

**Doug Roberts**
@DougRroberts  ...

 ...





ROBERTS 000008

X

Home

**Explore**

Notifications

Chat

Grok

Bookmarks

Communities

X Premium

Profile

More

**Post**

LAS VEGAS (KLAS) -- A Democratic Nevada state senator faces a DUI charge after Las Vegas Metro police

💬    ⟲    ♡ 1    📊 70    🔖 ⬆

**Doug Roberts** @DougRroberts · Aug 19, 2025    Ø ···
Replying to @DerekMyers @CityOfLasVegas and @lasvegasDPS
He was hungry. You cannot blame someone for being hungry. Especially if there are delicious corn dogs afoot.

💬 1    ⟲    ♡    📊 140    🔖 ⬆

**Doug Roberts** @DougRroberts · Jul 28, 2025    Ø ···
Replying to @DerekMyers
LT Braden Schrag. Made a huge fuss one time over me being in an apt complex filming a shooting scene. Despite me being behind the tape. Kept calling Dispatch to try to get a property manager to come to the complex to trespass me off the property for filming... instead of his job.

💬    ⟲    ♡    📊 130    🔖 ⬆

**Doug Roberts** @DougRroberts · Jul 16, 2025    Ø ···
Replying to @DougRroberts @DerekMyers and @ACLUNV
Here's all 3 lawsuits against Guzman for your reading pleasure:
t.ly/1MYJD
t.ly/TJaGG

> 📇  courtlistener.com
> Complaint – #1 in Downes-Covington v. City of Las V...
> COMPLAINT against All Plaintiffs (Filing fee $405 receipt number ANVDC-8032499) by Lance Downes-...

💬    ⟲    ♡ 1    📊 185    🔖 ⬆

**Doug Roberts** @DougRroberts · Jul 16, 2025    Ø ···
Replying to @DougRroberts
To recap, Guzman illegally arrested **@DerekMyers** in January. He has allegedly beaten and injured at least four other people previously, sparking other lawsuits including one filed by the @ACLUNV.

💬 1    ⟲ 1    ♡    📊 303    🔖 ⬆

**Doug Roberts** @DougRroberts · Jun 25, 2025    Ø ···
Attorneys for **@DerekMyers** have filed to move his recently-filed DUI case to county court, and out of city court. This is important because the same marshals that illegally arrested him are responsible for protecting city judges, who may be biased in their favor.



DEPUTY MARSHAL · 13 INVESTIGATES · MARSHAL MISCONDUCT?

← | 🔍 from:DougRroberts DerekMyers | ⤢

Top    **Latest**    People    Media    Lists

**Doug Roberts** @DougRroberts · Jun 10, 2025    Ø ···
The @CityOfLasVegas continues to bury itself deeper, now filing bogus DUI charges against **@DerekMyers**. After 6 months of blood testing, they finally


**Doug Roberts**
@DougRroberts    ···

ROBERTS 000009

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happe**

Politics · Trending
**Pam Bondi**

Trending
**Lord Jesus**     Sta

Sports ·
**Christia**

X

Home

Explore

Notifications

Chat

Grok

Bookmarks

Communities

Premium

Profile

More

Post

found a "trace" amount of a prescription in his blood taken 12+ hours before.

8newsnow.com
Man who filed federal lawsuit over traffic stop charg...
LAS VEGAS (KLAS) — Charges were filed against a man who accused the City of Las Vegas of having ...

○ 1          ⇄          ♡ 1          ᐧᐧᐧ 331          🔖 ⬆

**Doug Roberts** @DougRroberts · May 16, 2025
Replying to @DerekMyers and @BVukanovich
Although that contract has a specific section that says that it will not extend the authority or jurisdiction of an agency that responds to a mass casualty event.

○ 1          ⇄          ♡          ᐧᐧᐧ 107          🔖 ⬆

**Doug Roberts** @DougRroberts · May 12, 2025
In court this morning, lousy @CityOfLasVegas prosecutors claimed they needed more time to review blood test results in @DerekMyers false DUI arrest case. The arrest happened over five months ago and they still haven't reviewed the test results. Court was reset for another month.

○          ⇄          ♡ 1          ᐧᐧᐧ 756          🔖 ⬆

**Doug Roberts** @DougRroberts · May 9, 2025
Replying to @DougRroberts @CityOfLasVegas and 2 others
The @ACLUNV filed a nearly-identical lawsuit last week. I expect that the city will file an identical motion in that case too, and they will be fighting the same battle on two fronts.

○          ⇄          ♡          ᐧᐧᐧ 441          🔖 ⬆

**Doug Roberts** @DougRroberts · May 9, 2025
Here's the @CityOfLasVegas and @chiefjasonpotts motion to dismiss @DerekMyers lawsuit. 24-pages, and they throw everything they can against the wall, except addressing the obvious statute that limits the city marshals jurisdiction. Easy case to win.

courtlistener.com
Motion Dismiss – #11 in Myers v. City of Las Vegas (D...
MOTION to Dismiss 5 Amended Complaint by Defendants Jason Potts, City of Las Vegas, Jason ...

○ 1          ⇄          ♡          ᐧᐧᐧ 597          🔖 ⬆

**Doug Roberts** @DougRroberts · Apr 29, 2025
Replying to @DougRroberts @DerekMyers and @ACLUNV
Here's a link to the lawsuit in full. The SAME officer that illegally arrested @DerekMyers, Sergio Guzman, is named here as well.
documentcloud.org/documents/2592...

○          ⇄          ♡ 2          ᐧᐧᐧ 271          🔖 ⬆

**Doug Roberts**
@DougRroberts          ᐧᐧᐧ

Trending in United Sta
**Mama B**
Show more

**Who to follo**

**Jeff Tiedricl**
@itsJeffTied

**ICE of TikTc**
@ICEofTikTc

**Milei in Eng**
@jmilei_eng

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

ROBERTS 000010





X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉️ Chat

✺ Grok

🔖 Bookmarks

👥 Communities

✗ Premium

👤 Profile

⊙ More

**Post**

---

 **Doug Roberts** @DougRroberts · Apr 29, 2025 ⌀ ···

BREAKING: Our three month long investigation into the Las Vegas city Marshals after @DerekMyers illegal arrest seems to have gotten the attention of the @ACLUNV. They have filed their own lawsuit on behalf of a victim who was assaulted.



💬 2    🔁    ♡ 3    ▥ 461    🔖 ↥

---

 **Doug Roberts** @DougRroberts · Mar 23, 2025 ⌀ ···

Replying to @DerekMyers and @LVMPD

"We have limited jurisdiction". This is going to be a fun case to take to trial.

💬 1    🔁    ♡    ▥ 185    🔖 ↥

---

 **Doug Roberts**
@DougRroberts ···

ROBERTS 000011



X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉️ Chat

∅ Grok

🔖 Bookmarks

👥 Communities

𝕏 Premium

👤 Profile

⋯ More

Post



**Doug Roberts**
@DougRroberts    ⋯



ROBERTS 000012

1/15/26, 2:59 PM                                          IMG_5336.png



ROBERTS 000013