**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Rd., Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEREK MYERS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,

Defendants.

CASE NO. 2:25-cv-00562-GMN-DJA

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' RENEWED MOTION TO COMPEL [ECF No. 58]**

**IT IS HEREBY STIPULATED** between Plaintiff, DEREK MYERS, by and through his counsel Adam J. Breeden, Esq. and Alyssa N. Piraino, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, by and through their counsel of record Nechole Garcia, Esq. and Paul Mata, Esq. (hereinafter referred to as "Defendants"), that:

**WHEREAS** on July 30, 2026, Defendants filed their Renewed Motion to Compel [ECF No. 58].

**WHEREAS** Plaintiff's current deadline to file a Response to Defendants' Renewed Motion to Compel is August 13, 2026.

**WHEREAS** Plaintiff's counsel requires additional time to prepare a Response to Defendants' Renewed Motion to Compel due to the press of other case obligations and scheduling conflicts, and the parties have conferred and agreed to a brief extension of that deadline.

**WHEREAS,** good cause exists for the requested extension, the extension is sought in good faith and not for the purpose of delay, no other deadlines in this matter will be affected, and this is the first request to extend Plaintiff's deadline to respond to [ECF No. 58]. Therefore;

**IT IS HEREBY STIPULATED** that Plaintiff shall have up to and including August 20, 2026, to file his Response to Defendants' Renewed Motion to Compel [ECF No. 58]. Defendants shall have up to and including August 27, 2026, to file their Reply in support thereof.

**IT IS SO STIPULATED AND AGREED.**

Dated this 13th day of August, 2026.

**BREEDEN & ASSOCIATES, PLLC**

**/s/ Adam J. Breeden**

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Rd., Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

Dated this 13th day of August, 2026.

**CITY ATTORNEY**

*/s/ Nechole Garcia, Esq.*

**NECHOLE GARCIA, ESQ.**
Nevada Bar No. 12746
Chief Deputy City Attorney
**PAUL MATA, ESQ.**
Nevada Bar No. 14922
Deputy City Attorney
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/17/2026