**INDEX OF EXHIBITS**

| **Ex. No.** | **Description** |
|---|---|
| 1 | Plaintiff's Revised and Supplemented Privilege Log |
| 2 | Declaration of Derek Myers |
| 3 | Declaration of Adam J. Breeden, Esq. |
| 4 | Declaration of Douglas Roberts |