**INDEX OF EXHIBITS**

| **Ex. No.** | **Description** |
|---|---|
| 1 | Correspondence between non-party Vincente Buchanan and the City of Las Vegas Department of Public Safety |
| 2 | City of Las Vegas Department of Public Safety response to Plaintiff's public records request reflecting payments to Vincente Buchanan |