# EXHIBIT 1

Correspondence between Vincente Buchanan and the City of Las Vegas Department of Public Safety

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Thursday, February 20, 2025 4:24 PM PST
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**CC:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: DPS Photoshoot with Sincityresponders - Meet at 3300 Stewart Ave

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Good Afternoon Jaclyn,

Thank you for reaching out and for the opportunity to photograph your corrections officers I truly appreciate your support and admiration for my work!

Tuesday, February 25th at 5 PM works perfectly. I will meet you at DPS Administration (3300 Stewart Ave., Las Vegas, NV 89101) at the scheduled time, and I appreciate the escort to the City Detention Center.

If there are any specific shots, group arrangements, or preferences youâ€™d like me to focus on, please let me know. My goal is to capture the professionalism and dedication of your team in the best way possible.

I look forward to working with Chief Potts and the team! Please let me know if there are any additional details I should be aware of before the session.

Best regards,

***Vincente' R Buchanan***
***Creator***
***Sin City Responders***

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Thursday, February 20, 2025 4:12:22 PM
**To:** Sincityresponderstv@gmail.com <Sincityresponderstv@gmail.com>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** DPS Photoshoot with Sincityresponders - Meet at 3300 Stewart Ave

Good afternoon,

Thank you for offering to shoot our corrections officers! We have next Tuesday 2/25 at 5pm available with Chief Potts and our team.

If you're able to meet us at DPS Administration- 3300 Stewart Ave., Las Vegas, NV 89101, we can escort you to our City Detention Center next door.

We admire your work and dedication to capturing law enforcement and really appreciate you taking interest in our corrections officers!

Thank you again,

Jaclyn Archambault
702-229-5913

Get Outlook for iOS

---

**From:** Jaclyn Archambault
**Sent:** Thursday, February 20, 2025 4:08:41 PM
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Sincityresponderstv@gmail.com <Sincityresponderstv@gmail.com>
**Subject:** DPS Photoshoot with Sincityresponders - Meet at 3300 Stewart Ave
**When:** Tuesday, February 25, 2025 5:00 PM-6:00 PM.
**Where:**

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Wednesday, February 26, 2025 10:03 AM PST
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**CC:** Ronald Barrera <rbarrera@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Scheduled Ride Along Deputy Marshals Police

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Good afternoon,

Thank you for this opportunity! I'm truly honored and excited for the ride-along this Friday. Capturing a "day in the life of an officer" is something I take seriously, and I deeply appreciate the chance to highlight the hard work and dedication of your agency.

I completely understand and respect the guidelines regarding content capture and will ensure that no officers or staff who prefer not to be on camera are filmed, no subjects involved in interactions are recorded, and that all sensitive information remains protected. I will also make sure that all content is reviewed by your team before posting.

I appreciate your trust in allowing me this experience and look forward to an insightful and memorable ride-along. Thank you again, and I hope you have a great rest of your week as well!

Best regards,

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, February 24, 2025 15:29
**To:** 'Vincentè Buchanan' <Vincente.buchanan@outlook.com>
**Cc:** Ronald Barrera <rbarrera@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Scheduled Ride Along Deputy Marshals Police

Good afternoon Vincente!

We are glad that you are looking forward to your ride-along this Friday.

As discussed, please refrain from capturing:

- Any officers/staff who do not want to be on camera
- Any subjects that come into contact with the officers
- Any sensitive information (social security numbers, personal identifying information, ect)

We look forward to reviewing your "day in the life of an officer" content before you post it.

Thank you for thinking of our agency to highlight.

Have a great rest of your week!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**

W089239-073025

3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

---

**From:** Ronald Barrera <rbarrera@LasVegasNevada.GOV>
**Sent:** Thursday, February 20, 2025 11:36 AM
**To:** 'Vincentè Buchanan' <Vincente.buchanan@outlook.com>
**Subject:** Scheduled Ride Along Deputy Marshals Police

Vincente Buchanan,

Per your **request**, we have**scheduled** your 'Ride Along' to the date and time you requested:
***Friday, February 28, 2025 2:30 PM***

***Please fill out the attached Waiver Form and give to the on-duty Sergeant.***

***Please plan to arrive by 2:15 PM*** to and attend the 2:30 PM Squad briefing and a Patrol Officer will be assigned to you. ***Please fill out the attached 'Waiver Form' and bring with you to the briefing.***

Please park in the rear parking area near thevehicle gate at the below address.
Please contact Dispatch Center at 702-229-6444 to advise them, you have arrived and they will have an Officer escort you into the facility.

**Dress code and important instructions:**

Dress comfortable according to weather (Jeans, tactical pants, etc. are acceptable. Ballistic vest is encouraged. (**NO** shorts and/or sweatpants).Polo, button down shirts and/or jackets are acceptable (**NO** clothing with advertisements and/or logos).**NO WEAPONS** (guns, knives, batons, OC spray and/or mace, etc.)***Weapons are strictly prohibited.***

***An Inspection for weapons will be conducted.***

Attached is a short video of a 'Ride Along' with a media crew.
VIDEO: https://youtu.be/Ljy26GXOuVU

Once again, thank you for your interest in joining our Team. We look forward to seeing you.

Sincerely,

Officer Ron Barrera
**Deputy City Marshal**
**Recruitment /Field Training Officer / Mayor Dignitary Team**
Email: rbarrera@lasvegasnevada.gov

833 N. Las Vegas Blvd.
Las Vegas, Nevada 89101
PH# (702) 229-6444

Website:https://www.lasvegasnevada.gov/Government/Departments/Public-Safety

lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 04, 2025 10:49 AM PST
**To:** Cespinoza@lasvegasnevada.gov <Cespinoza@lasvegasnevada.gov>
**Subject:** Tactical Bible PDF
**Attachment(s):** "365 Tactical Bible Reading Plan (Chronological).pdf"

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Please enjoy!

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 07, 2025 11:19 AM PST
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Award Show Video Production Update

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Ms. Archambault,

I hope you're both doing well. I wanted to take a moment to thank you for entrusting me with the task of creating the video presentation for the award show. It's truly an honor to be a part of this project, and I'm excited to bring it to life.

I have received the pictures and footage, and I've been able to review the content. However, I am currently experiencing some difficulties moving the files over. Please don't panic I believe I may have to transfer each file individually, which will take a little extra time. I just wanted to keep you informed and assure you that production has officially begun.

Additionally, I will be including some unedited photos of the Marshals that I have, along with some footage of them, as part of the upload. I'll continue to keep you updated on my progress and will let you know if I run into any further issues.

Thank you again for this opportunity, and please don't hesitate to reach out if you have any questions.

Best wishes,

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 07, 2025 11:32 AM PST
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hi Jaclyn,

Thank you! I really appreciate the support. If I run into any major roadblocks, I'll be sure to reach out and let you know if there's anything that could help speed up the process.

That sounds perfect—I'll make sure the photos and videos of your team take center stage, with the additional content woven in to complement the production. I'll also keep an eye out for the updates on Monday regarding the photos that need to be removed.

I'm excited to put this together and truly appreciate the opportunity to contribute to this special event. Looking forward to sharing the final product with you all!

Best,

***Vincente' R Buchanan***

***Creator & Photographer***
***Sin City Responders***

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Friday, March 7, 2025 11:26:07 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

*with content sprinkled in that you wouldn’t have been able to capture

Get Outlook for iOS

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Friday, March 7, 2025 11:22:01 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

Thank you Vince! If there’s anything I can do to make that process quicker, please let me know.

We primarily want the photos and videos you have of our team to be the overarching theme of the production with our content sprinkled in that you would have been able to capture.

I’ll have to remove a couple photos on Monday from the folder and I’ll let you know which ones those are- it’s not too many.

Thank you! We appreciate your dedication to this project.

Jaclyn

Get Outlook for iOS

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 7, 2025 11:19:20 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Award Show Video Production Update

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Ms. Archambault,

I hope you're both doing well. I wanted to take a moment to thank you for entrusting me with the task of creating the video presentation for the award show. It's truly an honor to be a part of this project, and I'm excited to bring it to life.

I have received the pictures and footage, and I've been able to review the content. However, I am currently experiencing some difficulties moving the files over. Please don't panic I believe I may have to transfer each file individually, which will take a little extra time. I just wanted to keep you informed and assure you that production has officially begun.

Additionally, I will be including some unedited photos of the Marshals that I have, along with some footage of them, as part of the upload. I'll continue to keep you updated on my progress and will let you know if I run into any further issues.

Thank you again for this opportunity, and please don't hesitate to reach out if you have any questions.

Best wishes,

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Saturday, March 08, 2025 2:54 PM PST
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

I thank you for the opportunity and i haven't but I will look into it

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Sent:** Saturday, March 8, 2025 12:10:35 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

Thank Vincente - we are looking forward to your great work. Please use your high quality photos as you see fit.

Curious have you seen this ImagineArt AI Tools - Sora AI video generator....

**Jason Potts**
Chief
Department of Public Safety

**Office: 702.229.1424 | Cell: 702.427.7758**
3300 Stewart Avenue | Las Vegas, NV 89101

lasvegasnevada.gov

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 7, 2025 11:32 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hi Jaclyn,

Thank you! I really appreciate the support. If I run into any major roadblocks, I'll be sure to reach out and let you know if there's anything that could help speed up the process.

That sounds perfect—I'll make sure the photos and videos of your team take center stage, with the additional content woven in to complement the production. I'll also keep an eye out for the updates on Monday regarding the photos that need to be removed.

I'm excited to put this together and truly appreciate the opportunity to contribute to this special event. Looking forward to sharing the final product with you all!

Best,

***Vincente' R Buchanan***

***Creator & Photographer***
***Sin City Responders***

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Friday, March 7, 2025 11:26:07 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

*with content sprinkled in that you wouldn't have been able to capture

Get Outlook for iOS

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Friday, March 7, 2025 11:22:01 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Award Show Video Production Update

Thank you Vince! If there's anything I can do to make that process quicker, please let me know.

We primarily want the photos and videos you have of our team to be the overarching theme of the production with our content sprinkled in that you would have been able to capture.

I'll have to remove a couple photos on Monday from the folder and I'll let you know which ones those are- it's not too many.

Thank you! We appreciate your dedication to this project.

Jaclyn

Get Outlook for iOS

---

W089239-073025

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 7, 2025 11:19:20 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Award Show Video Production Update

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Ms. Archambault,

I hope you're both doing well. I wanted to take a moment to thank you for entrusting me with the task of creating the video presentation for the award show. It's truly an honor to be a part of this project, and I'm excited to bring it to life.

I have received the pictures and footage, and I've been able to review the content. However, I am currently experiencing some difficulties moving the files over. Please don't panic I believe I may have to transfer each file individually, which will take a little extra time. I just wanted to keep you informed and assure you that production has officially begun.

Additionally, I will be including some unedited photos of the Marshals that I have, along with some footage of them, as part of the upload. I'll continue to keep you updated on my progress and will let you know if I run into any further issues.

Thank you again for this opportunity, and please don't hesitate to reach out if you have any questions.

Best wishes,

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 10, 2025 9:09 AM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**CC:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: News Clips for Project

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Thank you so much for these inclusions i will add them to the project along with the photos !

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 7:25:56 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** News Clips for Project

Vince,

Please include news / media clips of DPS:

**Virtual Training**
Las Vegas city marshals to use virtual reality to train

*Please do not include Chief's interview, he wants more of the focus to be on the training itself. The reporter also refers to us at Metro instead of DPS right before he cuts to Chief's interview

**City of Las Vegas Harley Motorcycles / About Motors**
Police Officers Patrolling Las Vegas On and Off Road by Bike

**A Day In the Life in the Police Academy**
City Beat: A Day In The Life Of Police Academy In Las Vegas

**Policing One of the Most Popular Tourist Corridors (POP)**
Policing One of the Most Popular Tourist Corridors in America

**City Marshals Assigned to Arts District - POP Expanded to Arts District**
City marshals assigned to downtown Las Vegas Arts District in effort to make area safer

**City Marshals - More POP Team - Mention of Arts District Coalition**
Meet POP: The city police team helping to keep Downtown Las Vegas safe
*Interview with business owner mentioned that marshals immediately responded to copper wire theft call 2:06-2:39

**City Marshals - FLEX Team Created**
City of Las Vegas creates new FLEX Team to help crack down on crime

**DPS Dispatch**
ONLY ON FOX5: An inside look at the City of Las Vegas dispatch center

**Corrections - A Day in the Life of a CO**
https://www.instagram.com/reel/DAolCZihN3d/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==

**Corrections - Programs for Inmates**
City of Las Vegas jail committed to not just housing, but helping inmates
00:00 - 1:49

**Corrections - Programs for Inmates - Interview with F. Gonzalez - (Spanish)**
Programas de rehabilitación en nuestro centro de detención

**Introducing K9 Scarlett**
city of las vegas city department of public safety K9 scarlett - Google Search
0:47-1:00 & 4:32-4:38

**K9 Scarlett Found a Firearm**
https://www.instagram.com/reel/DFgKoP0v3jx/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==

If you need help incorporating these - please let me know.
I know that there's software to screen record with sound out there! □

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 2:42 PM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Copy thank you!

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15:23 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

W089239-073025

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 3:59 PM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**CC:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP Team Ride-Along

Hi Jacklyn,
This is approved on my end. Officer Mazza will assist with the ride-along for the first half of the shift, and another POP officer will take over for the second half.
Thank you,

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**
lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 4:02 PM PDT
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

Sgt Jopalian,

Looking forward to being able to shadow your marshals thank you for the opportunity

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 3:59:22 PM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP Team Ride-Along

Hi Jacklyn,
This is approved on my end. Officer Mazza will assist with the ride-along for the first half of the shift, and another POP officer will take over for the second half.
Thank you,

**Sarkis Jopalian**

W089239-073025

Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**

lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 4:23 PM PDT
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**CC:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hi Vincente,
It's a pleasure to have you ride with the POP Unit. You'll be assigned to Officer Mazza for the first half of the shift, and for the second half, you'll ride with either Officer Woldehawariat or Officer Bryan.
You will meet them at the FSE Substation. Please park in the FSE parking lot and ask the officers to assist with validation. (Officer Mazza, please coordinate with Lyn from FSE to assist with the validation.)
If you have any questions before the ride-along, feel free to call or email me. I've also included the POP email in this message, so you can direct any additional questions there.
We look forward to seeing you soon. Thank you for shining a light on our agency and law enforcement as a whole!
Thank you

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**

lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 4:02 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

Sgt Jopalian,

Looking forward to being able to shadow your marshals thank you for the opportunity

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***




**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 3:59:22 PM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP Team Ride-Along

Hi Jacklyn,
This is approved on my end. Officer Mazza will assist with the ride-along for the first half of the shift, and another POP officer will take over for the second half.
Thank you,

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**

lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you

W089239-073025
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 4:30 PM PDT
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**CC:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hey everyone,
My apologies—as I got back to the office and checked my calendar, I realized the POP Unit has TAC Med training this Thursday and Friday.
Vincente, if possible, can we reschedule the ride-along to next Friday? Also, next Friday, we will have additional LVMPD POP officers assigned to DPS Marshals.
Please let me know if that works, and once again, I apologize for any inconvenience this may have caused.
Thank you,

---

**From:** Sarkis Jopalian
**Sent:** Tuesday, March 11, 2025 4:24 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hi Vincente,
It's a pleasure to have you ride with the POP Unit. You'll be assigned to Officer Mazza for the first half of the shift, and for the second half, you'll ride with either Officer Woldehawariat or Officer Bryan.
You will meet them at the FSE Substation. Please park in the FSE parking lot and ask the officers to assist with validation. (Officer Mazza, please coordinate with Lyn from FSE to assist with the validation.)
If you have any questions before the ride-along, feel free to call or email me. I've also included the POP email in this message, so you can direct any additional questions there.
We look forward to seeing you soon. Thank you for shining a light on our agency and law enforcement as a whole!
Thank you

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**
lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 4:02 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

Sgt Jopalian,

Looking forward to being able to shadow your marshals thank you for the opportunity

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***
[redacted]

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 3:59:22 PM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP Team Ride-Along

Hi Jacklyn,
This is approved on my end. Officer Mazza will assist with the ride-along for the first half of the shift, and another POP officer will take over for the second half.
Thank you,

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**

Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**
lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

W089239-073025

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 6:36 PM PDT
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**CC:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

This will work i was trying to get footage of you guys working is there a way to tag along and get some of your training and do the ride along next week?

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 4:30:17 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hey everyone,
My apologies—as I got back to the office and checked my calendar, I realized the POP Unit has TAC Med training this Thursday and Friday.
Vincente, if possible, can we reschedule the ride-along to next Friday? Also, next Friday, we will have additional LVMPD POP officers assigned to DPS Marshals.

Please let me know if that works, and once again, I apologize for any inconvenience this may have caused.
Thank you,

---

**From:** Sarkis Jopalian
**Sent:** Tuesday, March 11, 2025 4:24 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hi Vincente,
It's a pleasure to have you ride with the POP Unit. You'll be assigned to Officer Mazza for the first half of the shift, and for the second half, you'll ride with either Officer Woldehawariat or Officer Bryan.
You will meet them at the FSE Substation. Please park in the FSE parking lot and ask the officers to assist with validation. (Officer Mazza, please coordinate with Lyn from FSE to assist with the validation.)
If you have any questions before the ride-along, feel free to call or email me. I've also included the POP email in this message, so you can direct any additional questions there.
We look forward to seeing you soon. Thank you for shining a light on our agency and law enforcement as a whole!
Thank you

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**

lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 4:02 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Sgt Jopalian,

Looking forward to being able to shadow your marshals thank you for the opportunity

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***



**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 3:59:22 PM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP Team Ride-Along

Hi Jacklyn,
This is approved on my end. Officer Mazza will assist with the ride-along for the first half of the shift, and another POP officer will take over for the second half.
Thank you,

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**

lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not

be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 6:45 PM PDT
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**CC:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

This will work for me i wanted to capture footage for the award show video but can we capture footage of you guys in training and do the ride along to capture both aspects?

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

SIN CITY RESPONDERS
LAS VEGAS
CLARK COUNTY, NEVADA
PHOTOGRAPHY

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 4:30:17 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hey everyone,
My apologies—as I got back to the office and checked my calendar, I realized the POP Unit has TAC Med training this Thursday and Friday.
Vincente, if possible, can we reschedule the ride-along to next Friday? Also, next Friday, we will have additional LVMPD POP officers assigned to DPS Marshals.

Please let me know if that works, and once again, I apologize for any inconvenience this may have caused.
Thank you,

---

**From:** Sarkis Jopalian
**Sent:** Tuesday, March 11, 2025 4:24 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** DPSPOP <dpspop@LasVegasNevada.GOV>
**Subject:** RE: POP Team Ride-Along

Hi Vincente,
It's a pleasure to have you ride with the POP Unit. You'll be assigned to Officer Mazza for the first half of the shift, and for the second half, you'll ride with either Officer Woldehawariat or Officer Bryan.
You will meet them at the FSE Substation. Please park in the FSE parking lot and ask the officers to assist with validation. (Officer Mazza, please coordinate with Lyn from FSE to assist with the validation.)
If you have any questions before the ride-along, feel free to call or email me. I've also included the POP email in this message, so you can direct any additional questions there.
We look forward to seeing you soon. Thank you for shining a light on our agency and law enforcement as a whole!
Thank you

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**
lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 4:02 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Subject:** Re: POP Team Ride-Along

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Sgt Jopalian,

Looking forward to being able to shadow your marshals thank you for the opportunity

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***



**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 3:59:22 PM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP Team Ride-Along

Hi Jacklyn,
This is approved on my end. Officer Mazza will assist with the ride-along for the first half of the shift, and another POP officer will take over for the second half.
Thank you,

**Sarkis Jopalian**
Marshal Sergeant / Problem-Oriented Policing Division
Department of Public Safety / Deputy City Marshal Unit
**Work: 702-229-6358|Cell: 725-502-9813**
Tuesday - Friday | 1200 - 2200 Hours
**833 N. Las Vegas Blvd. LV, NV 89101**

lasvegasnevada.gov

****CONFIDENTIALITY NOTICE****
This e-mail and attachment(s) (if applicable) are intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential, law enforcement sensitive, and/or exempt from disclosure under applicable law. This email may not

be copied, reproduced, referenced, or utilized without the express permission of the sender. The author of this email reserves any copyright privileges as granted under state and federal law. This email may contain discussions and work product as part of the deliberative process. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Tuesday, March 11, 2025 12:15 PM
**To:** Timothy Mullins <tmullins@LasVegasNevada.GOV>; Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Cc:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Fw: POP Team Ride-Along

Vincente,

We have you scheduled for a ride-along this Friday on 3/14 with the POP Team from 11:30am - 09:30pm.

We will let you know about the meeting location ASAP as it varies.

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101
lasvegasnevada.gov

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 10, 2025 11:57 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>; Timothy Mullins <tmullins@LasVegasNevada.GOV>
**Cc:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** POP Team Ride-Along

Good afternoon,

Please note that the highly notable and huge LE supporter, @SinCityResponders, is inquiring about participating in a ride-along with the POP Team.

This photographer recently captured a ride-along that he conducted with a DCM a couple weeks ago.

The content is he shooting will be featured in our DPS Annual Awards video.

Please pair him with a POP Team officer that is comfortable being on camera.

I will send you his ride-along availability shortly.

The use of his camera has been approved by Chief Potts.

He also knows not to photograph:

- Anyone who does not want to be on camera
- Any subjects that the officer comes into contact with
- Any sensitive information (social security numbers, personal identifying information, ect)

Thank you!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 6:47 PM PDT
**To:** sjopalian@LasVegasNevada.GOV <sjopalian@LasVegasNevada.GOV>
**Subject:** Ride along

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

This will work for me i wanted to capture footage for the award show video but can we capture footage of you guys in training and do the ride along to capture both aspects?

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Wednesday, March 12, 2025 11:23 AM PDT
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: Ride along

Hello Sir,
The training in question is not an internal session; it is conducted by another entity. If it were an internal training, I would have no issue with you attending. Unfortunately, this training requires a full-day commitment, meaning they will not be available for patrol duties that day.
I apologize for any inconvenience this may cause, and I hope we can reschedule for another time.
Thank you for your understanding.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 6:48 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Ride along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

This will work for me i wanted to capture footage for the award show video but can we capture footage of you guys in training and do the ride along to capture both aspects?

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Wednesday, March 12, 2025 11:27 AM PDT
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Re: Ride along

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

It's absolutely understandable sir and will be ready to coordinate our ride along day

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Wednesday, March 12, 2025 11:23:41 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: Ride along

Hello Sir,
The training in question is not an internal session; it is conducted by another entity. If it were an internal training, I would have no issue with you attending. Unfortunately, this training requires a full-day commitment, meaning they will not be available for patrol duties that day.
I apologize for any inconvenience this may cause, and I hope we can reschedule for another time.
Thank you for your understanding.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Tuesday, March 11, 2025 6:48 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>

**Subject:** Ride along

| |
|---|
| CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.** |

This will work for me i wanted to capture footage for the award show video but can we capture footage of you guys in training and do the ride along to capture both aspects?

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Wednesday, March 19, 2025 1:14 PM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Ronald Barrera <rbarrera@LasVegasNevada.GOV>
**Subject:** Re: Ride along request

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Thank you so much for that and I haven't edited that video yet been working on the award show video but i have no problem showing the raw footage at all

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Wednesday, March 19, 2025 1:11:47 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Ronald Barrera <rbarrera@LasVegasNevada.GOV>
**Subject:** Re: Ride along request

Good afternoon Vince!

We have forwarded your request to Chief Potts - I'm also following up with him about scheduling a time to review footage that you captured from your first ride-along.

Thank you,

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Wednesday, March 19, 2025 11:44 AM
**To:** Ronald Barrera <rbarrera@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Ride along request

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hello Officer Barrera & Mrs. Archambault

I am reaching to request approval to come and ride along with the deputy marshals office again I have the approval to ride with Sgt. Caldwell from Sgt Caldwell and his squad just want to go through the proper channels and be respectful of the policy I'd like to capture more footage in a day in the life style vlog with either Sgt Caldwell or a deputy marshal I'll submit all footage for approval and capture photos while in the field

(https://youtu.be/_aK_8-FFH88?si=ZeRkwhAzn7PYi00B video reference)

Please let me know if this is possible.

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 21, 2025 2:27 PM PDT
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Re: POP team ride along

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

I did receive notification from Cheif's office that I will have to hold off on ride alongs until I meet with him and once I do that, I will advise

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 21, 2025 1:48:38 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Re: POP team ride along

I'm available any time just let me know

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Friday, March 21, 2025 12:23:09 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Re: POP team ride along

Hey Vincente,

My apologize sir, we had to come in early this morning due to last minute asks from admin. What does your schedule look like next week?

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 21, 2025 10:03 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** POP team ride along

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hey Sgt. Jopalian

I was reaching out confirming our ride along for the pop team

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 21, 2025 2:31 PM PDT
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Re: POP team ride along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

I will hopefully with Cheif office by then to confirm that I am able to ride with them then

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Friday, March 21, 2025 2:30:04 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** RE: POP team ride along

Let's shoot for Thursday, I could have you ride with me and we could meet up with both POP teams.

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 21, 2025 1:49 PM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** Re: POP team ride along

CAUTION: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

I'm available any time just let me know

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Sent:** Friday, March 21, 2025 12:23:09 PM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Subject:** Re: POP team ride along

Hey Vincente,

My apologize sir, we had to come in early this morning due to last minute asks from admin. What does your schedule look like next week?

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, March 21, 2025 10:03 AM
**To:** Sarkis Jopalian <sjopalian@LasVegasNevada.GOV>
**Subject:** POP team ride along

**CAUTION**: This email originated from an**External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email.**Do not sign-in with your City of Las Vegas account credentials.**

Hey Sgt. Jopalian

I was reaching out confirming our ride along for the pop team

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**Subject:** Sin City Video Review
**Location:** DPS Admin Conference Room - 3300 Stewart Ave.

**Start:** Monday, March 31, 2025 8:30 AM PDT
**End:** Monday, March 31, 2025 9:30 AM PDT
**Show Time As:** Busy

**Recurrence:** None

**Meeting Status:** Not yet responded

**Required Attendees:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; sincityresponderstv@gmail.com <sincityresponderstv@gmail.com>

**Subject:** Sin City Video Review
**Location:** DPS Admin Conference Room - 3300 Stewart Ave.

**Start:** Monday, March 31, 2025 8:00 AM PDT
**End:** Monday, March 31, 2025 9:00 AM PDT
**Show Time As:** Busy

**Recurrence:** None

**Meeting Status:** Not yet responded

**Required Attendees:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; sincityresponderstv@gmail.com <sincityresponderstv@gmail.com>

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Thursday, March 27, 2025 8:35 AM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Footage deadline

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hello All,

I am reaching out to you to advise that After speaking with Chief Potts Yesterday that i was given til this Friday afternoon to complete the DPS award show video after compiling all the footage yesterday we are on track for a phenomenal video!
Thank you all again for the opportunity and support

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

W089239-073025

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 5:01 AM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Mrs. Archambault,

I hope this message finds you both well.

I am writing with a heavy heart to inform you that, unfortunately, I will be unable to meet in person this morning at 0800 hrs as we had scheduled. Late last night around 2300 hrs, I was rushed to the [redacted]

Words cannot express how devastated I am about this sudden and unforeseen incident. I was genuinely looking forward to connecting with my DPS family, sharing the video, and presenting the vision behind Sin City Responders. This opportunity meant a great deal to me, and I've been excited to showcase the work and passion I've put into honoring and documenting the men and women behind the badge.

If possible, I would deeply appreciate the opportunity to still meet today via Zoom or Google Meet if your schedules allow. I have my laptop with me and would be honored to present virtually if that is a feasible option for you both.

Again, I sincerely apologize for the short notice and any inconvenience this may cause. Thank you for your understanding and continued support.

Here are some times that work for me:

**Mon Mar 31**

08:00- 17:00 (PDT)

Made easy by Outlook

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Sent:** Monday, March 31, 2025 6:29 AM PDT
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

Oh no. Of course Vincent — hope you feel better. Please don't stress just get better.

Get Outlook for iOS

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 5:01:29 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Mrs. Archambault,

I hope this message finds you both well.

I am writing with a heavy heart to inform you that, unfortunately, I will be unable to meet in person this morning at 0800 hrs as we had scheduled. Late last night around 2300 hrs, I was rushed to the [redacted]

Words cannot express how devastated I am about this sudden and unforeseen incident. I was genuinely looking forward to connecting with my DPS family, sharing the video, and presenting the vision behind Sin City Responders. This opportunity meant a great deal to me, and I've been excited to showcase the work and passion I've put into honoring and documenting the men and women behind the badge.

If possible, I would deeply appreciate the opportunity to still meet today via Zoom or Google Meet if your schedules allow. I have my laptop with me and would be honored to present virtually if that is a feasible option for you both.

Again, I sincerely apologize for the short notice and any inconvenience this may cause. Thank you for your understanding and continued support.

Here are some times that work for me:

**Mon Mar 31**

08:00- 17:00 (PDT)

Made easy by Outlook

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 6:35 AM PDT
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

I will set the zoom meeting up and send it over soon

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Sent:** Monday, March 31, 2025 6:29:03 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

Oh no. Of course Vincent — hope you feel better. Please don't stress just get better.

Get Outlook for iOS

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 5:01:29 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Request to Reschedule or Meet Virtually – Sin City Responders Presentation

---

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Mrs. Archambault,

I hope this message finds you both well.

I am writing with a heavy heart to inform you that, unfortunately, I will be unable to meet in person this morning at 0800 hrs as we had scheduled. Late last night around 2300 hrs, I was rushed to the [redacted]

Words cannot express how devastated I am about this sudden and unforeseen incident. I was genuinely looking forward to connecting with my DPS family, sharing the video, and presenting the vision behind Sin City Responders. This opportunity meant a great deal to me, and I've been excited to showcase the work and passion I've put into honoring and documenting the men and women behind the badge.

If possible, I would deeply appreciate the opportunity to still meet today via Zoom or Google Meet if your schedules allow. I have my laptop with me and would be honored to present virtually if that is a feasible option for you both.

Again, I sincerely apologize for the short notice and any inconvenience this may cause. Thank you for your understanding and continued support.

Here are some times that work for me:

**Mon Mar 31**

08:00- 17:00 (PDT)

Made easy by Outlook

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 11:58 AM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Thank you and i wondering when can the video be released publicly

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 31, 2025 8:38:02 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

We look forward to seeing you there!

We did receive the invoice and the purchase request was approved - I'll check the status of where it's at with finance.

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 8:29 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Thank you so much and glad you like it!

I am fighting hard to be out to be at the awards show

Also the other invoice were you able to receive it cause it says i sent it

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 31, 2025 8:27:10 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>

W089239-073025

**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

Vince - this is EXCELLENT work!

Thank you for making those last-minute changes for us so that we can have a more well-rounded perspective of everything our department does for the community.

We appreciate you and I'm glad to hear you're getting released today - fingers crossed!

**Jaclyn Archambault M.P.A.**
Management Analyst II | Community Outreach Coordinator
Department of Public Safety | Citizen's Police Academy & Volunteer Program
**Work: 702-229-5913 | Cell: 702-913-4572**
3300 Stewart Ave. | Las Vegas, NV 89101

lasvegasnevada.gov

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 7:23 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

I'm hoping to be released by today in the mean time

Here's the link to the final video
https://youtu.be/VN5V_lan2fw?si=bnEhrP-X7w0F6GrV

It is on YouTube however it's not accessible to the public

Just those who have this link

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Sent:** Monday, March 31, 2025 7:04:58 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

Good morning Vince ! I am so sorry to hear about your health issues and I hope that you feel better soon. Please do not worry about having to cancel our meeting this morning – your health is the most important thing that should be prioritized.

I don't believe that we are compatible with either of those virtual meeting platforms. I think it would be better to meet in person when you are feeling better so that we can go over the footage on our projector in the conference room together.

I can send you some potential meeting times when I coordinate with Chief's assistant, Luz when I get back in office from this photoshoot this morning

Get Outlook for iOS

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 6:35 AM
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

I will set the zoom meeting up and send it over soon

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Sent:** Monday, March 31, 2025 6:29:03 AM
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Request to Reschedule or Meet Virtually – Sin City Responders Presentation

Oh no. Of course Vincent — hope you feel better. Please don't stress just get better.

Get Outlook for iOS

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 5:01:29 AM
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Request to Reschedule or Meet Virtually – Sin City Responders Presentation

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Dear Chief Potts and Mrs. Archambault,

I hope this message finds you both well.

I am writing with a heavy heart to inform you that, unfortunately, I will be unable to meet in person this morning at 0800 hrs as we had scheduled. Late last night around 2300 hrs, I was rushed to the [redacted]

Words cannot express how devastated I am about this sudden and unforeseen incident. I was genuinely looking forward to connecting with my DPS family, sharing the video, and presenting the vision behind Sin City Responders. This opportunity meant a great deal to me, and I've been excited to showcase the work and passion I've put into honoring and documenting the men and women behind the badge.

If possible, I would deeply appreciate the opportunity to still meet today via Zoom or Google Meet if your schedules allow. I have my laptop with me and would be honored to present virtually if that is a feasible option for you both.

Again, I sincerely apologize for the short notice and any inconvenience this may cause. Thank you for your understanding and continued support.

Here are some times that work for me:

**Mon Mar 31**

08:00- 17:00 (PDT)

Made easy by Outlook

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**Subject:** Sin City Video Review
**Location:** DPS Admin Conference Room - 3300 Stewart Ave.

**Start:** Wednesday, April 02, 2025 3:00 PM PDT
**End:** Wednesday, April 02, 2025 3:30 PM PDT
**Show Time As:** Busy

**Recurrence:** None

**Meeting Status:** Not yet responded

**Required Attendees:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; sincityresponderstv@gmail.com <sincityresponderstv@gmail.com>

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, March 31, 2025 2:05 PM PDT
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** Video link

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Here the link to the final video

It is on YouTube but not accessible by the public

https://youtu.be/VN5V_lan2fw?si=6p22Y0Kr6fnUXM80
***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, April 04, 2025 1:04 PM PDT
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Recruitment Video Idea

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hello All,

I hope this message finds you well. As we continue our collaboration on enhancing recruitment efforts for the Department of Public Safety, I wanted to share a compelling example that aligns with the vision we've been developing.

The Carroll County Sheriff's Office recently produced an impactful recruitment video that effectively showcases their team's dedication and the community they serve. You can view the video here: https://youtu.be/ctSleMhLbF0?si=cgPVczB7YlyvgGMp

This video exemplifies the direction and quality I envision for the project. It captures authentic stories and presents the department in a way that resonates with potential candidates. I believe we can create a similar piece that highlights the unique strengths and values of The City of Las Vegas Department of Public Safety.

I look forward to discussing how we can integrate these ideas into and bring them to life.

***Vincentè R Buchanan***

***Creator & Photographer***
***Sin City Responders***

W089239-073025

**From:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Sent:** Friday, April 04, 2025 1:38 PM PDT
**To:** Vincente Buchanan <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** RE: Recruitment Video Idea

Love it – I spy our badge – same one, love the video!

**Jason Potts**
Chief
Department of Public Safety
**Office: 702.229.1424 | Cell: 702.427.7758**
3300 Stewart Avenue | Las Vegas, NV 89101

lasvegasnevada.gov

---

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, April 4, 2025 1:05 PM
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Recruitment Video Idea

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hello All,

I hope this message finds you well. As we continue our collaboration on enhancing recruitment efforts for the Department of Public Safety, I wanted to share a compelling example that aligns with the vision we've been developing.

The Carroll County Sheriff's Office recently produced an impactful recruitment video that effectively showcases their team's dedication and the community they serve. You can view the video here: https://youtu.be/ctSleMhLbF0?si=cgPVczB7YlyvgGMp

This video exemplifies the direction and quality I envision for the project. It captures authentic stories and presents the department in a way that resonates with potential candidates. I believe we can create a similar piece that highlights the unique strengths and values of The City of Las Vegas Department of Public Safety.

I look forward to discussing how we can integrate these ideas into and bring them to life.

***Vincentè R Buchanan***

***Creator & Photographer***
***Sin City Responders***

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, April 04, 2025 1:51 PM PDT
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Re: Recruitment Video Idea

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

With proper timing and gathering I'd love the opportunity to produce something like this

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***

---

**From:** Jason Potts <jpotts@LasVegasNevada.GOV>
**Sent:** Friday, April 4, 2025 1:38:53 PM
**To:** 'Vincente Buchanan' <sincityresponderstv@gmail.com>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** RE: Recruitment Video Idea

Love it – I spy our badge – same one, love the video!

**Jason Potts**
Chief
Department of Public Safety
**Office: 702.229.1424 | Cell: 702.427.7758**
3300 Stewart Avenue | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Friday, April 4, 2025 1:05 PM
**To:** Jason Potts <jpotts@LasVegasNevada.GOV>; Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>
**Subject:** Recruitment Video Idea

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Hello All,

I hope this message finds you well. As we continue our collaboration on enhancing recruitment efforts for the Department of Public Safety, I wanted to share a compelling example that aligns with the vision we've been developing.

The Carroll County Sheriff's Office recently produced an impactful recruitment video that effectively showcases their team's dedication and the community they serve. You can view the video here: https://youtu.be/ctSleMhLbF0?si=cgPVczB7YlyvgGMp

This video exemplifies the direction and quality I envision for the project. It captures authentic stories and presents the department in a way that resonates with potential candidates. I believe we can create a similar piece that highlights the unique strengths and values of The City of Las Vegas Department of Public Safety.

I look forward to discussing how we can integrate these ideas into and bring them to life.

***Vincentè R Buchanan***

***Creator & Photographer***
***Sin City Responders***

**Subject:** Sin City Responders
**Location:** DPS Admin Conference Room

**Start:** Monday, April 21, 2025 11:00 AM PDT
**End:** Monday, April 21, 2025 12:00 PM PDT
**Show Time As:** Busy

**Recurrence:** None

**Meeting Status:** Not yet responded

**Required Attendees:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; sincityresponderstv@gmail.com <sincityresponderstv@gmail.com>

**From:** Vincente Buchanan <sincityresponderstv@gmail.com>
**Sent:** Monday, April 21, 2025 11:37 AM PDT
**To:** Jaclyn Archambault <jarchambault@LasVegasNevada.GOV>; Jason Potts <jpotts@LasVegasNevada.GOV>
**Subject:** City of Miami police videos

CAUTION: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

https://youtube.com/@miami_pd?si=aiL8KNweW0ziUF-n

***Vincente' R Buchanan***
***Creator & Photographer***
***Sin City Responders***