# EXHIBIT 2

City of Las Vegas Department of Public Safety Response to Public Records Request Reflecting Payments to Vincente Buchanan

# INVOICE

DPS AWARD VIDEO

**Sin City Responders**
2701 North Rainbow Boulevard
#1145
Las Vegas, Nevada 89108
United States

7027213311
www.instagram.com/sincityresponders

BILL TO
**Department of Public Safety**
Jaclyn Archambault

702-229-5913
jarchambault@LasVegasNevada.GOV

| | |
|---|---|
| **Invoice Number:** | 01 |
| **P.O./S.O. Number:** | SCRLV1030325 |
| **Invoice Date:** | March 3, 2025 |
| **Payment Due:** | March 27, 2025 |
| **Amount Due (USD):** | **$200.00** |

Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Video Editing**<br>Creation of Compilation | 1 | $200.00 | $200.00 |

| | |
|---|---|
| **Total:** | $200.00 |
| **Amount Due (USD):** | **$200.00** |

Pay Securely Online

VISA | Bank Payment | DISCOVER | AMERICAN EXPRESS

link.waveapps.com/dpf3yx-qqphfy

**Notes / Terms**

"Courage is not the absence of fear, but rather the judgment that something else is more important than fear." – Ambrose Redmoon

Powered by wave

# INVOICE

**Sin City Responders**
2701 North Rainbow Boulevard
#1145
Las Vegas, Nevada 89108
United States

7027213311
www.instagram.com/sincityresponders

BILL TO
**Department of Public Safety**
Jaclyn Archambault

702-229-5913
jarchambault@LasVegasNevada.GOV

**Invoice Number:** 02
**Invoice Date:** March 25, 2025
**Payment Due:** March 25, 2025
**Amount Due (USD):** **$300.00**

Pay Securely Online

| Items | Quantity | Price | Amount |
| --- | --- | --- | --- |
| **DPS Award Video (Budget increase)**<br>This is a Secondary Invoice to the department of public safety to provide Video Production services to their agency | 1 | $300.00 | $300.00 |

**Total:** $300.00

**Amount Due (USD):** **$300.00**

Pay Securely Online

VISA | mastercard | DISCOVER | Bank Payment | AMERICAN EXPRESS

link.waveapps.com/m2pvj9-rauryg

# Payment Receipt

**Invoice #02**

for Department of Public Safety
paid on Apr 1, 2025

**Sin City Responders**
2701 North Rainbow Boulevard
#1145
Las Vegas, Nevada 89108
United States
7027213311
www.instagram.com/sincityresponders

Payment for Invoice #02

Payment Amount: **$300.00 USD**

**PAYMENT METHOD:** VISA •••• 0199

PAID

Powered by wave

Thanks for your business. If this invoice was sent in error, please contact **sincityresponderstv@gmail.com**