JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br><br>Defendants. | CASE NO. 2:25-cv-0562-GMN-DJA<br>**(First Request)** |

**<u>~~STIPULATION AND PROPOSED~~ ORDER FOR EXTENSION OF TIME</u>**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Derek Myers, and Defendants City of Las Vegas, Jason Brooks, Sergio Guzman, and Jason Potts, through their respective counsel, that the deadline for the Defendants to file their response to Plaintiff Derek

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Myers' Opposition to Defendants' Renewed Motion to Compel [ECF No. 58], be extended one week from August 27, 2026, to September 3, 2026. Defendants seek this request because counsel was in an arbitration that prevented her from timely completing the Reply. This is Defendants' first request.

IT IS SO STIPULATED.

DATED this 28th day of August, 2026.

BREEDEN & ASSOCIATES, PLLC

By: */s/ Adam Breeden*
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
376 East Warm Springs Road, #120
Las Vegas, NV 89119
Attorneys for PLAINTIFF

DATED this 28th day of August, 2026.

JEFFRY M. DOROCAK
City Attorney

By: */s/ Nechole Garcia*
NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2026