**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEREK MYERS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,

Defendants.

CASE NO. 2:25-cv-00562-GMN-DJA

**PLAINTIFF'S STATUS REPORT**

This status report pertains to the recent hearing on Plaintiff's Motion for Order to Show Cause as to why non-party Vincente Buchanan should not be held in contempt for failing to respond to a subpoena issued to him. (ECF No. 55). The order to show cause hearing was held before Magistrate Judge Albregts on September 1, 2026.

[remainder of page intentionally blank]

Myers' counsel, Mr. Breeden, reports the following: after an email exchange on September 11, 2026, it appears that Mr. Buchanan provided documents and video responsive to the subpoena. While these documents are still being reviewed, it appears at this time that he has complied. Therefore, in the Court's discretion, it may withhold certification of contempt to the District Judge, and Plaintiff's counsel will file a supplemental status report if it appears that Mr. Buchanan is still in contempt.

Dated this 11th day of September, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Rd., Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2026, I served a copy of the foregoing legal document **PLAINTIFF'S STATUS REPORT** via the method indicated below:

| | |
|---|---|
| X | Through the Court's CM/ECF system on all registered users |
| X | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br>Vincente Buchanan<br>5150 Duke Ellington Way, Apartment 405<br>Las Vegas, Nevada 89119 |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

/s/ Kirsten Brown

BREEDEN & ASSOCIATES, PLLC