JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>vs.<br>CITY OF LAS VEGAS, a political subdivision of the state of Nevada; JASON BROOKS, individually; SERGIO GUZMAN, individually; and JASON POTTS, individually,<br>Defendants. | CASE NO. 2:25-cv-0562-GMN-DJA |

**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

Defendants CITY OF LAS VEGAS, JASON BROOKS, SERGIO GUZMAN, and JASON POTTS, through JEFFRY M. DOROCAK, City Attorney, by NECHOLE GARCIA, Chief Deputy City Attorney, hereby request the removal of Paul Mata from the CM/ECF Service List as he is no longer affiliated with the Las Vegas City Attorney's Office.

DATED this 3rd day of November, 2026.

JEFFRY M. DOROCAK
City Attorney

By: */s/ Nechole Garcia*
NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for DEFENDANTS